DocuSign Envelope ID: DC1E61BE-8CB7-461D-A132-35545819F6F6

M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
**SCHNITZER, JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
T: (702) 362-6666
F: (702) 362-2203
E: bjohnson@sjwlawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROOT INSRUANCE COMPANY, an Ohio-domiciled insurance company,<br><br>Plaintiff,<br>vs.<br><br>TRACY FAILS, an individual; JOSHUA CALTON, an individual; DOES I through X, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.:   2:23-cv-01312-JCM-BNW<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY** |
| JOSHUA CALTON, an individual,<br><br>Counter-Claimant,<br>vs.<br><br>ROOT INSURANCE COMPANY, an Ohio-Domiciled insurance company,<br><br>Counter-Defendant. | |

COMES NOW, M. BRADLEY JOHNSON, ESQ., of the law firm of SCHNITZER JOHNSON & WATSON, CHTD., and hereby requests and consents to be substituted as the attorney of record in place and stead of MICHAEL R. SMITH, ESQ. of the law firm of LEWIS BRISBOIS

///

///

BISGAARD & SMITH in the above-entitled action for ROOT INSURANCE.

DATED this 26 day of April, 2024

SCHNITZER JOHNSON & WATSON, CHTD.

*[signature]*

M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

MICHAEL R. SMITH, ESQ. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH and hereby consents to the substitution of M. BRADLEY JOHNSON, ESQ., of the law firm of SCHNITZER JOHNSON & WATSON, CHTD., in his place and stead as attorney of record for ROOT INSURANCE.

4-26-2024

LEWIS BRISBOIS BISGAARD & SMITH

*[signature]*

MICHAEL R. SMITH, ESQ.
Nevada Bar No. 12641
6385 S. Rainbow Blvd. Suite 600
Las Vegas, NV 89118

DANIEL SNARE, ESQ., of ROOT INSURANCE, hereby consents to the substitution of M. BRADLEY JOHNSON, ESQ., of the law firm of SCHNITZER JOHNSON & WATSON, CHTD., in place and stead of MICHAEL R. SMITH, ESQ., as attorney of record for ROOT INSURANCE.

ROOT INSURANCE

DocuSigned by:

*Danny Snare*
FC14CB7FE602480...
Representative    Deputy General Counsel

DocuSign Envelope ID: DC1E61BE-8CB7-461D-A132-35545819F6F6

*Root Ins. Co. v. Fails et al.*
Case No. *2:23-cv-01312-JCM-BNW*

## ORDER

IT IS SO ORDERED.

Dated this __30__ day of __April__, 2024

_____
UNITED STATES MAGISTRATE JUDGE

DocuSign Envelope ID: DC1E61BE-8CB7-461D-A132-35545819F6F6

## CERTIFICATE OF SERVICE

Pursuant to FRCP5(b), I certify that I am an employee of SCHNITZER JOHNSON & WATSON and that on the 26th day of April, 2024, I caused the foregoing **MOTION FOR SUBSTITUTION OF ATTORNEY** to be served upon those persons designated below for the above-referenced matter in the United States District Court-Nevada, via Untied States Postal Service, postage prepaid and/or via Legal Messenger and/or via facsimile.

Darrell D. Dennis, Esq.
Michael R. Smith, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

James A. Beckstrom II
BECKSTROM & BECKSTROM
400 S. Fourth Street, Suite 650
Las Vegas, NV 89101

Matthew D. Spring, Esq.
CLARKSON & ASSOCIATES LLC
162 North 400 East, Suite A-204
St. George, UT 84770

*Stephanie Jn*
An employee of Schnitzer Johnson & Watson

**DocuSign**

## Certificate Of Completion

Envelope Id: DC1E61BE8CB7461DA13235545819F6F6
Subject: Complete with DocuSign: 2024.04.24 federal sub of attorney.docx
Source Envelope:
Document Pages: 4  Signatures: 1  Envelope Originator:
Certificate Pages: 1  Initials: 0  Danny Snare
AutoNav: Enabled   80 E RICH ST FL 5
EnvelopeId Stamping: Enabled   COLUMBUS, OH  43215
Time Zone: (UTC-08:00) Pacific Time (US & Canada)   daniel.snare@joinroot.com
   IP Address: 76.131.110.94

Status: Completed

## Record Tracking

Status: Original
        4/25/2024 1:43:04 PM

Holder: Danny Snare
        daniel.snare@joinroot.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| Danny Snare<br>daniel.snare@joinroot.com<br>Deputy General Counsel<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Danny Snare*<br>FC14CB7FE562480...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 76.131.110.94 | Sent: 4/25/2024 1:43:54 PM<br>Viewed: 4/25/2024 1:44:03 PM<br>Signed: 4/25/2024 1:44:15 PM |

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/25/2024 1:43:54 PM |
| Certified Delivered | Security Checked | 4/25/2024 1:44:03 PM |
| Signing Complete | Security Checked | 4/25/2024 1:44:15 PM |
| Completed | Security Checked | 4/25/2024 1:44:15 PM |

| Payment Events | Status | Timestamps |
|---|---|---|