M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
**SCHNITZER, JOHNSON & WATSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
T: (702) 362-6666
F: (702) 362-2203
E: bjohnson@sjwlawfirm.com
Attorneys for Plaintiff and Counter-Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROOT INSURANCE COMPANY, an Ohio-domiciled insurance company,<br><br>Plaintiff,<br>vs.<br><br>TRACY FAILS, an individual; JOSHUA CALTON, an individual; DOES I through X, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.:   2:23-cv-01312-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JOSHUA CALTON, an individual,<br><br>Counter-Claimant,<br>vs.<br><br>ROOT INSURANCE COMPANY, an Ohio-Domiciled insurance company,<br><br>Counter-Defendant. | |

COMES NOW, Plaintiff/Counter-Defendant ROOT INSURANCE COMPANY, ("Plaintiff/Counter-Defendant or ROOT"), by and through its counsel of record, the law firm of SCHNITZER JOHNSON & WATSON, CHTD., Defendant, JOSHUA CALTON, by and through his counsel of record, JAMES L. EDWARDS, ESQ., and Defendant, TRACY FAILS, by and through his counsel of record, the law firm of CLARKSON & ASSOCIATES, LLC, and hereby submit this Stipulation and Proposed Order:

///

1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that that this matter be dismissed with prejudice, as the underlying dispute has been resolved in a separate state action. All parties agree to bear their own attorney's fees and costs.

DATED this 2 day of October, 2024.

SCHNITZER JOHNSON & WATSON, CHTD.

_____
M. BRADLEY JOHNSON, ESQ.
Nevada Bar No. 4646
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Attorneys for Plaintiff/Counter-Defendant,
ROOT INSURANCE COMPANY

DATED this 2nd day of October, 2024.

*/s/ James L. Edwards, Esq.*
JAMES L. EDWARDS, ESQ.
Nevada Bar No. 4256
P.O. Box 77055
Madison, WI 53707
Attorneys for Defendant/Counter-Claimant,
JOSHUA CALTON

DATED this 2nd day of October, 2024.

CLARKSON & ASSOCIATES LLC

*/s/ Matthew D. Spring, Esq.*
MATTHEW D. SPRING, ESQ.
Nevada Bar No. 11721
162 North 400 East, Suite A-204
St. George, UT 84770
Attorneys for Defendant,
TRACY FAILS

IT IS ORDERED October 4, 2024.

_____
UNITED STATES DISTRICT JUDGE